UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:05-CV-1089-HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 is **DISMISSED**, as time-barred.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2255 petition, then a certificate of appealability shall not issue.

Dated this 8th day of August, 2005.

_____
**UNITED STATES DISTRICT JUDGE**